IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MATTHEW L. SPEIGHTS a/k/a
MATHEW LAMONT SPEIGHTS,**

    Petitioner,

v.                                      CASE NO. 5:13-cv-53-RS-CJK

**JULIE L. JONES,**

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 21). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DENIED.**

3. A Certificate of Appealability is **DENIED.**

4. The Clerk is directed to close this case.

**ORDERED** on April 28, 2015.

                                        <u>/S/ Richard Smoak</u>
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**